## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**TOMMY RADFORD, ADC #089900**                              **PLAINTIFF**

**v.**                  **CASE NO. 4:23-CV-677-LPR-ERE**

**MOSES JACKSON, et al.**                                            **DEFENDANTS**

## NOTICE OF APPEARANCE

Senior Assistant Attorney General Daniel Ford hereby enters his appearance as counsel for Defendants Moses Jackson, Tyrone Allison, and Jasmine Louis and requests that all future service and correspondence be sent accordingly. I hereby certify that I am admitted to practice in this Court.

                                  Respectfully submitted,

                                  TIM GRIFFIN
                                  Attorney General

               By:    Daniel Ford
                         Ark. Bar No. 2014162
                         Senior Assistant Attorney General
                         Arkansas Attorney General's Office
                         323 Center Street, Suite 200
                         Little Rock, AR 72201
                         Phone: (501) 682-1314
                         Fax:    (501) 682-2591
                         Email: daniel.ford@arkansasag.gov

                         *Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I, Daniel Ford, hereby certify that on October 18, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and mailed the foregoing document by U.S. Postal Service to the following non-CM/ECF participant:

Tommy L. Radford, ADC #089900
East Arkansas Regional Unit
P.O. Box 970
Marianna, AR 72360

                                        Daniel Ford