IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TOMMY RADFORD**                                                             **PLAINTIFF**
ADC #089900

v.                               No. 4:23-cv-00677-LPR-ERE

**MOSES JACKSON, et al.**                                           **DEFENDANTS**

## ORDER

The Court has reviewed the Partial Recommended Disposition (PRD) submitted by United States Magistrate Judge Edie R. Ervin.[1]  No objections have been filed, and the time to do so has expired.  After a *de novo* review of the PRD and careful consideration of the case record, the Court hereby approves and adopts the PRD as its findings and conclusions in all respects.[2]

Accordingly, Plaintiff's claims against Defendants in their official capacities are DISMISSED without prejudice, based on Plaintiff's failure to state a viable claim for relief. Plaintiff's First Amendment access to the court claim, his due process claim, and his claim against Defendant Watson are also DISMISSED without prejudice, based on Plaintiff's failure to state a viable claim for relief.  The Clerk is instructed to terminate Lieutenant Watson as a party Defendant in this case.[3]

IT IS SO ORDERED this 16th day of November 2023.

                                                            _____
                                                            LEE P. RUDOFSKY
                                                            UNITED STATES DISTRICT JUDGE

---

[1] Doc. 6.

[2] Because of the availability of post-deprivation remedies, the Court need not address the legal distinction between negligent and intentional deprivation of property.  *See Daniels v. Williams*, 474 U.S. 327 (1986).

[3] Nothing in this Order should be taken to suggest that a motion to dismiss/motion for judgment on the pleadings would be inappropriate as to some or all of the claims that Judge Ervin allowed past the screening stage.