IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TOMMY RADFORD**                                                                                          **PLAINTIFF**
**ADC #089900**

v.                                          No. 4:23-cv-00677-LPR-ERE

**MOSES JACKSON, et al.**                                                                           **DEFENDANTS**

## ORDER

The Court has reviewed the Partial Recommended Disposition (PRD) submitted by United States Magistrate Judge Edie R. Ervin (Doc. 32).  No objections have been filed, and the time for doing so has expired.  After a *de novo* review of the PRD, along with careful consideration of the entire case record, the Court hereby approves and adopts the PRD in its entirety as this Court's findings and conclusions in all respects.

Accordingly, Plaintiff's claims against Defendant J. Jones are DISMISSED without prejudice for failure of service.  The Clerk is instructed to terminate J. Jones as a party Defendant.

IT IS SO ORDERED this 29th day of April 2024.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE