IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TOMMY RADFORD**  **PLAINTIFF**
ADC #089900

v.   No. 4:23-cv-00677-LPR-ERE

**MOSES JACKSON,** *et al.*   **DEFENDANTS**

## ORDER

The Court has received a Partial Recommended Disposition (PRD) from United States Magistrate Judge Edie R. Ervin (Doc. 46). No objections have been filed, and the time for doing so has expired. After a *de novo* review of the PRD, along with careful consideration of the entire case record, the Court hereby approves and adopts the PRD as its findings and conclusions in all respects.

Accordingly, the ADC Defendants' Motion for Partial Summary Judgment (Doc. 37) is GRANTED. Plaintiff's claims against Defendants Jackson, Johnson, and Louis are DISMISSED without prejudice for failure to exhaust administrative remedies. The Clerk is directed to TERMINATE Defendants Jackson, Johnson, and Louis as parties to this lawsuit. Plaintiff's retaliation and medical deliberate indifference claims against Defendant Allison are also DISMISSED without prejudice for failure to exhaust administrative remedies. Plaintiff may proceed with his claims that: (1) Defendant Allison failed to provide him access to commissary and a mattress during his 48-hour relief period, in violation of the Eighth Amendment; (2) Defendant Allison failed to provide him access to news and media during his 48-hour relief period, in violation of the First Amendment; and (3) Defendant Jenkins failed to provide him access to the commissary during his 48-hour relief period, in violation of the Eighth Amendment.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal

from this Order would not be taken in good faith.

    IT IS SO ORDERED this 5th day of November 2024.

                                                               _____
                                                               LEE P. RUDOFSKY
                                                               UNITED STATES DISTRICT JUDGE